**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: S.D.M. A/K/A     :    No. 535 MAL 2016
S.H., A MINOR                           :
                                             :
                                             :    Petition for Allowance of Appeal from
PETITION OF: L.V.M.               :    the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Mundy did not participate in the consideration or decision of this matter.